UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MONICA MORGAN,

        Defendant.
_____/

Crim. No. 17-20406

Paul D. Borman
United States District Judge

## ORDER GRANTING MOTION FOR JUDICIAL RECOMMENDATION FOR RRC/HALFWAY HOUSE PLACEMENT

One year ago today, November 5, 2018, Defendant Monica Morgan reported for her 18 month sentence of incarceration at FMC Lexington. Defendant Morgan's release date is February 13, 2020.

During her period of incarceration, Ms. Morgan has completed an/or participated in many programs, classes and activities. In addition, she has also taught classes.

Defendant Morgan is a non-violent, first-time offender.

Pursuant to the Second Chance Act of 2007, the Court recommends her placement at an RRC/Halfway House in the Detroit area. The Court finds that such

placement would be consistent with the policy of the Second Chance Act.

The Court notes that the Government takes no position on this Motion.

SO ORDERED.

DATED: 11/5/2019

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE